IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
FILE NO. 1:25-CV-317

| | | |
|---|---|---|
| WILLIAM BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| | ) | Fed. R. Civ. Pro. 41(a)(1)(A)(i) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, by and through the undersigned counsel, who does hereby voluntarily dismiss all claims in the above case, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

This the 25th day of August, 2025.

LAW OFFICES OF KEITH A. WILLIAMS, P.A.

By: /s/ Keith A. Williams

KEITH A. WILLIAMS
P.O. Box 1965
321 South Evans Street, Suite 103
Greenville, NC 27835
Phone: 252/931-9362
Fax: 252/830-5155
N.C. Bar Number 19333
E-mail: keith@williamslawonline.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Lynne Klauer.

This the 25th day of August, 2025.

LAW OFFICES OF KEITH A. WILLIAMS, P.A.

By: /s/ Keith A. Williams
KEITH A. WILLIAMS
P.O. Box 1965
321 South Evans Street, Suite 103
Greenville, NC 27835
Phone: 252/931-9362
Fax: 252/830-5155
N.C. Bar Number 19333
E-mail: keith@williamslawonline.com